005303

Order entered December 17, 2012



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00696-CR

GUSTAVO RENE CASTILLO, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F09-58463-Y

## ORDER

Appellant's December 13, 2012 motion to extend the time to file appellant's brief is

GRANTED. The time to file appellant's brief is EXTENDED to February 12, 2013.

LANA MYERS
JUSTICE